JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> J J PLUMBING COMPANY, INC., a California corporation; and NETZER M. ADMATI, an individual, <br><br> Defendants. | Case No.  2:16-cv-00922 CAS (KKx) <br><br> Assigned to the Honorable Christina A. Snyder <br><br> [Proposed] **ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and defendants J J Plumbing Company, Inc. and Netzer M. Admati, and good cause appearing therefore:

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

2  This action is dismissed without prejudice. The Court retains jurisdiction of the
3  action and the parties to enforce the terms of their Settlement Agreement.

4
5
6  Dated: May 11, 2016      _____
7                           HONORABLE CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28